UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>TRACIE RENEE HERRON | CASE NO: 26-47818-mlo<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 25<br>Judge: Oxholm |

On 8/12/2026, I did cause a copy of the following documents, described below,

Order Extending Automatic Stay ECF Docket Reference No. 25

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/12/2026

/s/ Nicholas R. Glaeser
Nicholas R. Glaeser P76187
Attorney for Debtor
Gigliotti & Associates, P.C.
15400 19 Mile Road, Ste 115
Clinton Township, MI 48038
586-228-3636
ecfgigliotti@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TRACIE RENEE HERRON

CASE NO: 26-47818-mlo

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 25
Judge: Oxholm

On 8/12/2026, a copy of the following documents, described below,

Order Extending Automatic Stay ECF Docket Reference No. 25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/12/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nicholas R. Glaeser
Gigliotti & Associates, P.C.
15400 19 Mile Road, Ste 115
Clinton Township, MI  48038

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-47818-MLO
EASTERN DISTRICT OF MICHIGAN
WED AUG 12 11-11-12 PST 2026

LAURENTIAN VILLAGE ASSOCIATION
CO JAMES T WEINER
30445 NORTHWESTERN HWY 240
SUITE 230
FARMINGTON HILLS MI 48334-3109

(U)WAYNE COUNTY TREASURER

ACCEPTANCE NOW
5501 HEADQUARTERS DRIVE
PLANO TX 75024-5837

ACIMA CREDIT
13907 MINUTEMAN DR 5TH FLOOR
DRAPER UT 84020-9869

AFFIRM INCCROSS RIVER BANK
650 CALIFORNIA ST
12TH FLOOR
SAN FRANCISCO CA 94108-2716

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

BRINKS HOME SECURITY
ATTN BANKRUPTCY
1990 WITTINGTON PL
DALLAS TX 75234-1904

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE AUTO FINANCE
7933 PRESTON RD
PLANO TX 75024-2302

CARVANT FINANCIAL LLC
211 ROBBINS LANE
SYOSSET NY 11791-6004

CITY OF DETROIT PROPERTY TAXES
COLEMAN A YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE - SUITE 130
DETROIT MI 48226-3594

CITY OF HIGHLAND PARK TREASURER
12050 WOODWARD AVE
HIGHLAND PARK MI 48203-3578

CITY OF OAK PARK TREASURER
14000 OAK PARK BLVD
OAK PARK MI 48237-2082

COMENITY BANKBREADRWDS
PO BOX 182125
COLUMBUS OH 43218-2125

CREDENCE RESOURCE MANAGEMENT
PO BOX 2390
SOUTHGATE MI 48195-4390

CREDIT ONE BANK
6801 S CIMARRON ROAD
LAS VEGAS NV 89113-2273

DTE ENERGY
ONE ENERGY PLAZA WCB 735
DETROIT MI 48226-1221

DIRECTV LLC
BY AIS INFOSOURCE LP AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

EASTERN ACCOUNT SYSTEM INC
111 PARK RIDGE RD
BROOKFIELD CT 06804-3981

EUGENE PRICHETT
16169 BAYLIS
DETROIT MI 48221-3180

EXPERIAN
PO BOX 4500
ALLEN TX 75013-1311

(P)FINANCIAL PLUS CREDIT UNION
G3381 VAN SLYKE RD
FLINT MI 48507-3263

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

EXCLUDE

(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

FORD MOTOR CREDIT COMPANY LLC
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

GENESIS FS CARD SERVICES
PO BOX 4480
BEAVERTON OR 97076-4480

HUNTINGTON BANK
ATTN BANKRUPTCY
41 S HIGH ST
COLUMBUS OH 43215-3406

HUNTINGTON NATIONAL BANK
ATTN BANKRUPTCY UNIT
PO BOX 340996
COLUMBUS OH 43234-0996

HUNTINGTON NATIONAL BANK
ATTN BANKRUPTY
PO BOX 340996
COLUMBUS OH 43234-0996

IRS INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES T WEINER
30445 NORTHWEST HWY
SUITE 240
FARMINGTON MI 48334-3104

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAURENTIAN VILLAGE CONDOMINIUM ASSOC
CO JAMES T WEINER
30445 NORTHWESTERN HWY STE 230
FARMINGTON MI 48334-3109

LENDING CLUB
595 MARKET STREET STE 200
SAN FRANCISCO CA 94105-5839

LENDING USA
ATTN BANKRUPTCY
15303 VENTURA BLVD SUITE 850
SHERMAN OAKS CA 91403-6630

LINCOLN AUTO FINANCIAL SERVICE
PO BOX 54200
OMAHA NE 68154-8000

LINCOLN AUTOMOTIVE FINANCE
ATTN BANKRUPTCY
PO BOX 542000
OMAHA NE 68154-8000

MICHIGAN DEPARTMENT OF TREASURY
COLLECTIONBANKRUPTCY UNIT
PO BOX 30168
LANSING MI 48909-7668

MICHIGAN DEPARTMENT OF TREASURY
DEPT 77437
PO BOX 77000
DETROIT MI 48277-0437

MY CONTAINER RENTALS
PO BOX 905
HOUSTON TX 77001-0905

OAKLAND COUNTY TREASURER
1200 NORTH TELEGRAPH
PONTIAC MI 48341-0479

QUANTUM3 GROUP LLC AS AGENT FOR
BREAD PAY
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

REGIONAL ACCEPTANCE
1424 E FIRE TOWER RD
GREENVILLE NC 27858-4105

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SYNCB CARE CREDIT
CO PO BOX 965036
ORLANDO FL 32896-5036

SYNCB MICKEY SHORR
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCBCARE CREDIT
CO PO BOX 965060
ORLANDO FL 32896-5036

SELF FINANCIAL INC
ATTN BANKRUPTCY
515 CONGRESS AVE STE 1550
AUSTIN TX 78701-3539

SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH TX 76155-2243

SYNCHRONY BANK
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK  AMAZON
PO BOX 965060
ORLANDO  FL 32896-1711

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
OPC856
CLEVELAND  OH 44101-6424

TOTAL VISATBOMVT
PO BOX 84930
SIOUX FALLS  SD 57118-4930

TRUEGREEN 5710
22260 PENNSYLVANIA
TAYLOR  MI 48180-5219

US ATTORNEY
ATTN CIVIL DIVISION
211 W FORT ST  STE 2001
DETROIT  MI 48226-3220

~~EXCLUDE~~

~~US TRUSTEE~~
~~211 W FORT ST SUITE 700~~
~~DETROIT  MI 48226-3263~~

UNEMPLOYMENT INSURANCE AGENCY
BENEFIT OVERPAYMENT COLLECTION UNIT
PO BOX 9045
DETROIT  MI 48202-9045

WAYNE COUNTY TREASURER
400 MONROE  5TH FLOOR
DETROIT  MICHIGAN 48226-2964

WAYNE COUNTY TREASURER
400 MONROE STREET 5TH FLOOR
DETROIT  MI 48226-2964

WAYNE COUNTY TREASURER
400 MONROE STREET SUITE 520
DETROIT  MI 48226-2942

ZIONS DEBT HOL
PO BOX 878
SPANISH FORK  UT 84660-0878

ZIONS DEBT HOLDINGS  LLC
ATTN BANKRUPTCY
PO BOX 878
SPANISH FORK  UT 84660-0878

~~EXCLUDE~~

~~DOUGLAS P CHIMENTI~~
~~15400 NINETEEN MILE ROAD~~
~~SUITE 115~~
~~CLINTON TOWNSHIP  MI 48038-6311~~

~~EXCLUDE~~

~~NICHOLAS R GLAESER~~
~~GIGLIOTTI  ASSOCIATES  PC~~
~~15400 19 MILE RD~~
~~SUITE 115~~
~~CLINTON TOWNSHIP  MI 48038-6311~~

~~EXCLUDE~~

~~TAMMY L TERRY~~
~~OFFICE OF THE CHAPTER 13 TRUSTEE TAMMY L~~
~~20750 CIVIC CENTER DRIVE~~
~~STE 290~~
~~SOUTHFIELD  MI 48076-4147~~

DEBTOR

TRACIE RENEE HERRON
13339 WEST 9 MILE RD  UNIT 108
OAK PARK  MI 48237-2844